IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. SANDEN, | CIV. S-04-2062 GEB GGH |
| Plaintiff, | |
| v. | ORDER |
| MIKE JOHANNS, Secretary, Department of Agriculture, | |
| Defendant. | |

On May 17, 2005, a Status (Pretrial Scheduling) Order was filed in this case. Today it was brought to my attention that the Scheduling Order was not served on Plaintiff because her counsel has not submitted a pro hac vice application to practice in this District as required by Local Rule 83-180(b)(2). Since Plaintiff's counsel has not sought to be admitted to practice as Plaintiff's counsel pro hac vice, this action is dismissed without prejudice. The Clerk of Court is directed to serve a copy of this Order on Plaintiff's counsel by mail.

IT IS SO ORDERED.

Dated: May 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge