# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA J. SANDEN | ) | CIV S-04-2062 GEB GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, Secretary, Department of Agriculture, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This cause comes before the court upon the plaintiff's motion for Extension of Time to File a Response to Defendant's Motion to Dismiss and Motion for Summary Judgment. The motion is unopposed, and, upon due consideration, the court finds it well-taken.

It is, therefore, ORDERED AND ADJUDGED that Plaintiff shall have through February 13, 2007 to e-file her Response; Defendant shall have through February 23, 2007 to e-file its Reply. The matter will be submitted without oral argument and the hearing set for February 20, 2007 is vacated.

SO ORDERED AND ADJUDGED this 6th Day of February, 2007.

**BY THE COURT:**

_____
Garland E. Burrell Jr.
United States District Judge